IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN MICHAEL BROUILLETTE, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIV. A. NO. 23-480-KD-MU ) |
| MOBILE DA's OFFICE, *et al.* | ) ) |
| Defendants. | ) ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Proceed without Prepayment of Fees (doc. 2) is **DENIED**, and the Complaint is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 4th day of June 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE