IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN MICHAEL BROUILLETTE, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIV. A. NO. 23-480-KD-MU |
| MOBILE DA's OFFICE, *et al.* | ) ) ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the Order entered this date adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff John Michael Brouillette, Sr.'s Complaint is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 4th day of June 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE